Gregory B. Smith (USB 6657)
GREG SMITH AND ASSOCIATES, PC
111 E. 5600 S. #105
Murray, Utah 84107
Phone: 801-255-0123 / 801-651-1512
Fax: 801-255-2134
Email: gs@justiceinutahnow.com

*Attorney for Plaintiff, Duane Broderick*

_____

# IN THE UNTIED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

_____

| | |
|---|---|
| DUANE BRODERICK, individual employee, | **NOTICE OF DISMISSAL** |
| Plaintiff, | Case 2:20-cv-00886-DAK-DAO |
| vs. | |
| READY AUTO HAULERS and DAVID JOHNSON, | |
| Defendants. | |

_____

**NOTICE OF DISMISSAL**

_____

      Pursuant to Federal Rule of Civil Procedure 41, the Parties stipulate to dismiss this action. Specifically, the Rule at issue states: Rule 41. Dismissal of Actions, (a) Voluntary Dismissal. (1) By the Plaintiff. (A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing

party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

This dismissal is by way of "a stipulation of dismissal by all parties who have appeared."

Dated this 6th day of May, 2021

/s/ Gregory B. Smith, attorney for Plaintiff.

/s/ J. Grant Moody, attorney for Defendant (signed with permission)